IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARY DAVIS,<br>(BOP No. 13857-078)<br>    Petitioner, | §<br>§<br>§<br>§ |
| VS. | §   CIVIL ACTION NO.4:11-CV-648-Y |
| JOE KEFFER,Warden,<br>FMC-Carswell,<br>    Respondent. | §<br>§<br>§<br>§ |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Mary Davis, along with the March 2, 2012 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 22 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed without prejudice for lack of jurisdiction.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Mary Davis's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice for lack of jurisdiction.

SIGNED March 29, 2012.

                                              TERRY R. MEANS
                                              UNITED STATES DISTRICT JUDGE